IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

FILED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DUANE R. OLSON,
REG. NO: 04931-424,
F.C.I. MIAMI
P.O. 779800 UNIT C   Plaintiff,
Miami, FLA. 33177
Versus

THE UNITED STATES OF AMERICA,
                    Defendant.

CASE NUMBER 1:06CV00565

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 03/24/2006

A FEDERAL QUESTION
Pursuant To Title 28 U.S.C. § 1331 and 1343(a)(3)
and
CIVIL SUIT FOR DECLARATORY JUDGMENT
Pursuant To Title 28 U.S.C. § 2201

COMPLAINT

The Judicial and Executive Branches of the Government of the United States, Respectively, Advertise and Operate the penal-statute § 841(a)(1) of Title 21, as a "Common Law Crime" or, **FIAT** with federal jurisdiction over **every single person**, Citizen or Foreign National, within the boundries of the United States, It's Territories and Possessions, by virtue of the Doctrine of Constructive Implication.

                                    Plaintiff — /s/ Duane R. Olson
                                    Duane R. Olson (pro-se)
                                    Reg. No: 04931-424
                                    P.O. Box 779800 Unit "C"
                                    Federal Correctional Institution
                                    Miami, Florida 33177-9800

Introduction:

1). COMES NOW, DUANE R. OLSON, (hereafter-Plaintiff) in pro-se and want of Competent Counsel, to **COMPEL** the Defendant and/or It's Representative, to Answer a Federal Question, Pursuant to the Provisions of Title 28, United States Code, Section(s) 1331 and 1343(a)(3), and . . .

2). For this Honorable Court to UPHOLD and HONOR It's DUTY; "[t]o say what the law is", and ISSUE DECLARATORY JUDGMENT Pursuant to the Provisions of Title 28, United States Code, Section 2201.

Jurisdiction:

3). This Honorable Court has Original Jurisdiction Pursuant to Title 28, United States Code, Section(s) 1331 and 1343(a)(3).

4). This Honorable Court has the Power and the DUTY to determine matters of Constitution and Statutory Law.

5). The Usurpation of Power by the federal government in general, and the Executive Branch in Particular, has always been . . . and even more so now . . . A MATTER of NATIONAL INTEREST and CONCERN to "We the People"!

6). The Plaintiff has P A I D the required Two Hundred Fifty ($250.00) dollar filing fee to the Office of the Clerk.

As Cause for this Action:

7). This Action arises due to the **ambiguity** of federal jurisdiction over **"any person"** under Title 21, United States Code, Section **841.**, as it appears hereafter in pertinent part.

8).  PART D—OFFENSES and PENALTIES
§ 841. Prohibited acts A
(a) Unlawful acts

9).  Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally—

(1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance; or

---

**General Allegations of FACT and LAW:**

10). The Plaintiff restates paragraphs 1)., thru 9).

11). The Controlling Statute to Conduct America's "WAR on DRUGS" is Title 21, United States Code, Section **841.**, at **ITEM 9)**.

12). The definitions of terms, phrases, and words for Title 21, are found at Section 802., to wit:

13). § 802. **Definitions**

As used in this subchapter:

| | | | |
|---|---|---|---|
| (1) | "addict" | (27) | "ultimate user" |
| (2) | "administrator" | (36) | "regular customer" |
| (3) | "agent" | (37) | "regular importer" |
| (21) | "practitioner" | (38) | "regulated person" |
| (24) | "Secretary" | (46) | "retail distributor" |

---

14). There is N O  D E F I N I T I O N  for the term or phrase **"any person"** . . . and yet . . .

15). The term **"any person"** is the ONLY TWO WORDS of 34-words in the text of the statute § 841(a)(1) Advertised by the Judicial and Operated by the Executive to "IMPLY" federal jurisdiction and Federal Police Power over <u>every single person</u> on this Planet!

16). From the very begining, nearly 36-years ago, and, as late as September 7, 2005 in U.S. v. Cordoba; 422 F. 3d. 65 (2nd Cir) and parroted again on January 4, 2006, when 11th Circuit Court Judge TJOFLAT, writing for the Majority, U.S. v. Gibson; No: 04-14776, referred to FN 3.,

17). "Pursuant to 21 U.S.C. § 841(a)(1), it is unlawful for **any person** knowingly or intentionally —

(1) To manufacture, distribute, or dispense or possess with intent to manufacture, distribute, or dispense a controlled substance;"

18). The Judicial's "truncated-version" of the statute § 841(a)(1) above is a text-book example and class-room demonstration of Constructive Implication resulting in a Constructive Criminal **FRAUD** . . . a felony cognizable by a court of the United States!

19). The statute § 841(a)(1) as Advertised at **ITEM 17).**, IS NOT a penal-statute enacted by Congress to **enforce** the "rules and regulations" promulgated by the Attorney General for "regulated persons and of regulated transactions";

20). **IT** is a DECREE ISSUED by an Emperor, or an EDICT ISSUED by a Dictator, or a **FIAT ORDERED** by the **KING!**

21). There is no Identifiable element in the 34-word text of the statute § 841(a)(1) essential to show the requisite NEXUS to either interstate commerce or the Constitution for federal jurisdiction over **every single person** on this Planet, however;

22). "Except as authorized by this subchapter," which has been knowingly and intentionally omitted from the "truncated-version"

-4-

at **ITEM 17).**, clearly serves as a N E X U S to Title 21 U.S.C. § 822(b) for federal jurisdiction to prosecute and/or punish "Persons registered by the Attorney General" whose Conduct as described and classified in § 841(a)(1) violates the "rules and regulations" of their registration and Signed Contract for federal jurisdiction.

<u>Syllabus</u>:

23). The Plaintiff restates paragraphs **1).** thru **22).**

24). A "VIOLATION" of Title 21 U.S.C. § 841(a)(1) I S  N O T an Offense against the "[l]aws of the United States", but rather;

25). It is A "Material Breach of Contract" by those "Persons registered by the Attorney General" who would knowingly possess, manufacture, distribute, or dispense drugs or other substances in A MANNER  N O T authorized by their registration and "Signed Contract" for federal jurisdiction!

26). **To be precise . . .**

T H E R E  I S  N O Congressionally enacted federal criminal statute, or "[l]aws of the United States", or Common Law . . . standing alone . . . that would PROHIBIT, FORBID, or make it **"[u]nlawful for any person"** to possess, manufacture, distribute, or dispense 'drugs or other substances'! (State and Local Laws not withstanding)

## COMPLAINT

27). The Plaintiff restates paragraphs **1).** thru **26).**

28). Employing the doctrine of Constructive Implication, the Judicial and Executive Branches of the Government of the United States, Operating under color of the Defendant herein Named;

29). Have E-X-P-A-N-D-E-D the phrase **"any person"** in the text of penal-statute § **841(a)(1)** of Title 21 . . .

30). To encompass **every single person** . . . Citizen or Foreign National . . . within the boundries of the United States, It's Territories and Possessions . . .

31). **WITHOUT** the requisite showing of a **NEXUS** to the Constitution or the Commerce Clause **essential** for federal jurisdiction over **"any person"** **N O T** registered by the Attorney General or under Signed Contract for federal jurisdiction . . .

32). In a MANNER Contrary to the People's Perpetual Protections languaged in the Constitution, and . . .

33). The Guarantee's of the Original Ten Articles of Amendments thereto, and finally . . .

34). Repugnant to the Framer's Intent for this Republic!

35). The ISSUE raised herein are NOT Issues to be resolved by a jury . . . This Honorable Court cannot escape it's Responsibility and DUTY . . . "[t]o say what the law is"!

**Relief Requested:**

36). The Plaintiff restates paragraphs **1).** thru **35).**

37). To be perfectly clear... the Plaintiff **D O E S  N O T** Challenge the constitutionality of Title 21 U.S.C. § 841(a)(1)...

38). The Plaintiff **D O E S** Challenge the constitutionality of it's **A P P L I C A T I O N** to the **'ambiguity'** of **"any person"**!

39). Pursuant to Title 28 U.S.C. § 1331 and § 1343(a)(3);

40). The Plaintiff Respectfully Request's this Honorable Court to ISSUE an **ORDER** to Compel the Defendant or It's Appointed Representative;

41). To **define** the meaning and application of the phrase **"any person"** as it is used in the text of Title 21 U.S.C. § 841(a)(1) and...

42). **I F** the Defendant claims the term or phrase **"any person"** as it is used in the statute § 841(a)(1); means and applies to **every single person** **N O T** registered by the Attorney General or under Signed Contract for federal jurisdicition, then...

43). For this Court to **O R D E R** the Defendant or It's Appointed Representative, to Locate and Identify "with certainty and precision", the requisite showing of a **N E X U S** to the Constitution **essential** for federal jurisdiction to prosecute or punish **"any person"** **N O T** registered by the Attorney General or under Signed Contract...

44). For Conduct Charged to be; "in violation or Title 21, United States Code, Section 841(a)(1).

45). The Plaintiff further PRAYS, this Honorable Court will ISSUE DECLARATORY JUDGMENT . . .

46). **WHETHER or NOT** . . .

The term or phrase **"any person"** as used in the statute § 841(a)(1) . . . **constitutionally** . . . encompasses <u>**every single person**</u> under federal jurisdiction and federal police power?

Respectfully Submitted,

Plaintiff — *[signature]*
Duane R. Olson  (pro-se)
Reg. No:  04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177-9800