IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

DUANE R. OLSON,

    Plaintiff,

Vs.

CASE NO: **06-cv-565-JR**

THE UNITED STATES OF AMERICA,

    Defendant.                    /

_____/

A MOTION OF OBJECTION
TO THE COURT'S RE-CHARACTERIZATION
"**AS CAUSE**" FOR THE PLAINTIFF'S CIVIL ACTION
NOW MOVING BEFORE THIS HONORABLE COURT
_____

    COMES NOW, DUANE R. OLSON, the Plaintiff in the above styled Civil Action, to file this Motion of Objection to the Court's '**arbitrary**' re-characterization "**AS CAUSE**" for the Plaintiff's Civil Suit seeking the Defendant to "ANSWER" a Legitimate Federal Question pursuant to the provisions in Title 28 U.S.C. § 1331.

    On April 04, 2006, the Plaintiff received a copy of the Court's CIVIL DOCKET FOR CASE NO: **06-cv-565-JR** hereto attached as **EXHIBIT [01]**.

    Of particular interest to the Plaintiff, is the Court's mis-characterization of the Plaintiff's "**C A U S E**" for the Civil Action from a FEDERAL QUESTION pursuant to Title 28 U.S.C. § 1331, to a "**Prisoner Civil Rights**" Issue pursuant to Title 42 U.S.C. § 1983.

FILED
APR 28 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff concedes that he is N O T a Member of the Legal Community and without further or formal education, the Plaintiff will accept at least a part of the responsibility for the Court's mis-interpretation of the Plaintiff's Pleadings...

NOWHERE... in the eight (8) pages of the Plaintiff's Civil Action, does the Plaintiff even suggest... much less allege... that the Defendant, The United States of America, ever "violated" the Plaintiff's constitutional or civil "rights";

To be precise;

The HEART of the Plaintiff's Civil Action is located at paragraph **41).**, page -7- of the Plaintiff's Original Pleading, to wit:

> **41).** To **define** the meaning and application of the phrase **"any person"** as it is used in the text of Title 21 U.S.C. § 841(a)(1)...

The Plaintiff asserts that this Honorable Court has subject matter jurisdiction over the "FEDERAL QUESTION" as Originally filed by the Plaintiff, and the Plaintiff would Respectfully draw the Court's attention to the well established fact, that courts are to go to particular pains to **"protect"** the pro-se litigant against consequences of technical errors if an injustice will result.

If a court can reasonably read the pleadings to state a valid claim, or, in the case at bar, a legitimate FEDERAL QUESTION, it should do so. <u>Haines v. Kerner</u>; 404 US 519, 30 L Ed 2d. 652.

-2-

MOREOVER . . . Section 1331 of Title 28 relating to the jurisdistion of federal courts . . . UNquestionably . . . confers jurisdiction upon this Honorable Court in classes of cases referred to as a "FEDERAL QUESTION" . . . and the nature and effect of **THIS** Act of Congress involves a "FEDERAL QUESTION"!

The "legitimacy" of the Plaintiff's FEDERAL QUESTION is born out of Congress' continuing practice or pattern of defining such terms or phrases as **"any person"** and **"WHOEVER"** throughout the dozens upon dozens of Congressionally enacted federal criminal statutes in page after page of Title 18, United States Code!

In the case at bar . . . for whatever reason . . . Congress has **FAILED** to define the term or phrase **"any person"** and with over a million arrest(s) and conviction(s) of **"any person"** over the past nearly **36-years** . . . is it preposterous for a Citizen of this Republic "WE" like to call America . . . to ask the Defendant to "[d]efine the meaning and application of the phrase **"any person"**?

---

### Relief Requested:

To avoid any confusion, prevent senseless litigation to overcome fabricated questions and answers from both parties, and, in the interest of justice, the Plaintiff Respectfully Request's this Honorable Court to re-classify the **CAUSE** of the Plaintiff's Civil Action to be a FEDERAL QUESTION pursuant to Title 28 U.S.C. § 1331 rather than a **"Prisoner Civil Rights"** Issue pursuant to Title 42 U.S.C. 1983 **'arbitrarily'** selected by this Court.

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00565-JR

OLSON v. UNITED STATES OF AMERICA
Assigned to: Judge James Robertson
Cause: 42:1983 Prisoner Civil Rights ←

Date Filed: 03/24/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**
DUANE R. OLSON

represented by DUANE R. OLSON
R04931-424
MIAMI FEDERAL CORRECTIONAL
INSTITUTION
P. O. Box 779800
Unit C
Miami, FL 33177
PRO SE

V.

**Defendant**
UNITED STATES OF AMERICA

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2006 | 1 | COMPLAINT against UNITED STATES OF AMERICA (Filing fee $ 250) filed by DUANE R. OLSON.(lc, ) (Entered: 03/28/2006) |
| 03/24/2006 | | SUMMONS (2) Issued as to U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 03/28/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2006 19:15:57 | | | |
| PACER Login: | ███ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00565-JR |
| Billable Pages: | 1 | Cost: | 0.08 |

Rec'd 4-03-06 *illegible*

EXHIBIT [01]

# CERTIFICATE of SERVICE

I DUANE R. OLSON, do hereby Swear and Certify, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that a TRUE and CORRECT copy of the foregoing Motion of Objection was mailed, postage pre-paid, First Class, to the following interested Party(s):

THE HONORABLE ALBERTO GONZALEZ  
UNITED STATES ATTORNEY GENERAL  
MAIN JUSTICE BUILDING  ROOM 5111  
950 PENNSYLVANIA AVENUE, N.W.  
WASHINGTON, D.C.  20530

MR. KENNETH L. WAINSTEIN  
UNITED STATES ATTORNEY  
555 4th STREET, N.W.  
WASHINGTON, D.C.  20001

EXECUTED ON THIS __27th__ DAY OF __April__, 20_06_.

                Respectfully Submitted,

Plaintiff — _/s/ Duane R. Olson_  
Duane R. Olson  (pro-se)  
Reg. No:  04931-424  
P.O. Box 779800  Unit "C"  
Federal Correctional Institution  
Miami, Florida  33177-9800