UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUANE R. OLSON, | : | |
|     Plaintiff | : | |
| v. | : | Civil No. 06-565 (JR) |
| | : | |
| UNITED STATES, | : | |
|     Defendant. | : | |

**ORDER**

Upon consideration of defendant's motion to dismiss, plaintiff's response, and te record in this matter, it is hereby

ORDERED that this action is dismissed with PREJUDICE.


Date: _____
                                UNITED STATES DISTRICT JUDGE