Docket as of March 12, 2001 9:49 pm                    Web PACER (v2.4)

---

# U.S. District Court

# Northern District of Illinois (Chicago)

# CRIMINAL DOCKET FOR CASE #: 90-CR-577-ALL

## USA v. Olson, et al

Filed: 06/18/92
Dkt# in other court: None

---

## Case Assigned to: Hon. James B. Zagel

---

```
DUANE R OLSON (1)              Duane R Olson
    defendant                  04931-424
                               [NTC] [PRO SE]
                               Coleman - FCCL
                               P.O. Box 879
                               Coleman, FL 33521

                               Raymond D. Pijon
                               [COR LD NTC cja]
                               Attorney at Law
                               134 North LaSalle Street
                               Suite 2222
                               Chicago, IL 60602
                               (312) 236-8708

                               Gregory J. Schlesinger
                               [COR NTC ret]
                               Schlesinger & Robbins, Ltd.
                               150 North Wcker Drive
                               Suite 2460
                               Chicago, IL 60606
                               (312) 899-8000
```

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

NONE

==========================

## Case Assigned to:  Hon. James B. Zagel

| | |
|---|---|
| GEORGE MORRIS (2)<br>defendant | George Morris<br>02275-004<br>[NTC pse] [PRO SE]<br>Coleman - FCCM<br>P.O. Box 819<br>Coleman, FL 33521<br><br>Raymond D. Pijon<br>[COR LD NTC cja]<br>Attorney at Law<br>134 North LaSalle Street<br>Suite 2222<br>Chicago, IL 60602<br>(312) 236-8708 |

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

==========================

## Case Assigned to:  Hon. James B. Zagel

| | |
|---|---|
| REMONA SCHERE BARTON (3)<br>defendant | Raymond D. Pijon<br>[COR LD NTC cja] |

```
                              Attorney at Law
                              134 North LaSalle Street
                              Suite 2222
                              Chicago, IL 60602
                              (312) 236-8708

                              Jeffrey Bruce Steinback
                              [COR LD NTC ret]
                              Jeffrey B. Steinback Ltd.
                              53 West Jackson
                              Suite 801
                              Chicago, IL 60604
                              (312) 986-1200
```

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

U. S. Attorneys:

   Stephen Paul Sinnott
   [COR LD NTC]
   United States Attorney's Office
   219 South Dearborn Street
   Suite 500
   Chicago, IL 60604
   (312) 353-5300

   Pretrial Services
   [COR NTC]
   Probation Department
   Room 1100
   [COR NTC]

# DOCKET    PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 9/16/91 | -- | FOR PREVIOUS ENTERIES SEE COURTRAN (pp) [Entry date 06/30/92] |
| 9/17/91 | 112 | NOTICE OF APPEAL by defendant Duane R Olson (USCA 91-3269) ) (pp) [Entry date 06/30/92] |

| Date | Doc # | Description |
|---|---|---|
| 9/23/91 | 114 | NOTICE OF APPEAL by defendant George - Morris - (USCA 91-3270) (pp) [Entry date 06/30/92] |
| 6/18/92 | 133 | AGREE MOTION to supplement record on appeal under seal by USA as to Duane R Olson and George - Morris - (pp) [Entry date 06/30/92] |
| 6/18/92 | 134 | AGREE ORDER to supplement the record under seal as to defendant Duane R Olson and defendant George - Morris - (pp) [Entry date 06/30/92] |
| 6/18/92 | 135 | MINUTE ORDER of 6/18/92 by Hon. James B. Zagel as to defendant Duane R Olson, defendant George - Morris -: Granting motion to supplement record on appeal under seal by USA as to Duane R Olson and George - Morris - [133-1] No notice (pp) [Entry date 06/30/92] |
| 7/1/92 | -- | TRANSMITTED supplement to the record on appeal as to Duane R Olson, George - Morris - to the USCA for the 7th Circuit comprising of transmittal letter and certificates consisting of One Brown Envelope of VAULT ITEM. (91-3269 and 91-3270) (pp) [Entry date 07/01/92] |
| 7/22/92 | -- | TRANSMITTED supplement to the record on appeal as to Duane R Olson to the USCA for the 7th Circuit comprising of supplemental transmittal letter, supplemental certificate and two vault items (Item Nos. 139 & 140) (91-3269). (ps) [Entry date 07/22/92] |
| 7/22/92 | -- | MAILED to counsel of record copy of supplemental certificate, supplemental transmittal letter re appeal [112-1] as to Duane R Olson. (ps) [Entry date 07/22/92] |
| 7/22/92 | -- | TRANSMITTED supplement to the record on appeal as to George - Morris - to the USCA for the 7th Circuit comprising of supplemental transmittal letter, supplemental certificate and two vault items (Item Nos. 137 & 138) (91-3270). (ps) [Entry date 07/22/92] |
| 7/22/92 | -- | MAILED to counsel of record copy of supplemental certificate, supplemental transmittal letter re appeal [114-1] as to George Morris. (ps) [Entry date 07/22/92] |
| 12/1/92 | 141 | LETTER from the USCA for the 7th Circuit Court returning the complete record on appeal, re appeal [112-1] consisting of: 2 volumes of exhibits. To be returned at a later date: 2 volumes of pleadings. 15 volumes of transcripts. 5 in camera material. (ta) [Entry date 12/02/92] |
| 12/1/92 | 143 | CERTIFIED COPY of order from the USCA for the 7th Circuit as to Duane R Olson, George - Morris - entered 11/5/92: It is ordered and adjudged Affirming the decision of the District Court [114-1], Affirming the decision of the District Court [112-1]. (ta) [Entry date 12/02/92] |
| 12/1/92 | 144 | OPINION from the USCA for the 7th Circuit argued 5/21/92 ; decided 11/5/92 appeal [114-1], appeal [112-1] appeal as to Duane R Olson, George - Morris -. 91-3269, 91-3270. (ta) [Entry date 12/02/92] |
| 12/10/92 | 145 | LETTER from the USCA for the 7th Circuit Court returning the complete record on appeal, re appeal [112-1] consisting of : 2 Volumes of Pleadings and 15 Volumes of Transcripts. (91-3269) (pp) [Entry date 12/11/92] |

| Date | No. | Description |
|---|---|---|
| 3/12/93 | 146 | LETTER from the USCA for the 7th Circuit Court returning the complete record on appeal, re appeal [112-1] consisting of: Original record on appeal returned, 4 in camera material. (ta) [Entry date 03/15/93] |
| 3/15/93 | 147 | LETTER from the USCA for the 7th Circuit Court returning the complete record on appeal, re appeal [114-1], appeal [112-1] consisting of: Original record on appeal returned, 2 in camera material. (ta) [Entry date 03/16/93] |
| 2/7/96 | 148 | TRANSCRIPT of proceeding as to Duane R Olson and George Morris held before Hon. James B. Zagel on 09/17/91 (pp) [Entry date 02/09/96] |
| 2/22/96 | 153 | APPLICATIOIN by Duane R Olson to proceed in forma pauperis supporting documentation and order (pp) [Entry date 03/27/96] |
| 3/22/96 | 149 | MOTION by Duane R Olson to vacate, set aside or correct sentence by a person in Federal custody (96 cv 1680) (pp) [Entry date 03/27/96] |
| 3/22/96 | 150 | MEMORANDUM by Duane R Olson of law in support of defendant's motion to vacate, set aside or correct sentence by a person in Federal [149-1]; (Attachments) (pp) [Entry date 03/27/96] [Edit date 03/27/96] |
| 3/22/96 | 151 | CIVIL cover sheet by Duane R Olson (pp) [Entry date 03/27/96] |
| 3/22/96 | 152 | NOTICE as to Duane R Olson of change of address for notices (pp) [Entry date 03/27/96] |
| 3/29/96 | 155 | DESIGNATION OF ATTORNEY Stephen P. Sinnott as US Attorney (pp) [Entry date 04/03/96] |
| 4/1/96 | 154 | MINUTE ORDER of 4/1/96 by Hon. James B. Zagel as to Duane R Olson: Ruling on governments' motion to vacate, set aside or correct sentence by a person in Federal custody [149-1] set for 06/26/96 at 9:00 a.m. Answer brief to motion to vacate, set aside or correct sentence by a person in federal custody is due 04/22/96. [149-1] Reply to answer brief due 5/22/96. Mailed notice (pp) [Entry date 04/02/96] |
| 4/4/96 | 156 | MINUTE ORDER of 4/4/96 by Hon. James B. Zagel as to Duane R Olson : Granting defendant's application to proceed in forma pauperis. [153-1] Mailed notice (pp) [Entry date 04/05/96] |
| 4/8/96 | 157 | NOTIFICATION as to Duane R Olson of change of address (pp) [Entry date 04/12/96] |
| 4/22/96 | 158 | MINUTE ORDER of 4/22/96 by Hon. James B. Zagel as to Duane R Olson : Answer brief to motion [149-1] to vacate is extended to 05/06/96. Reply to answer brief extended to 06/06/96. Mailed notice (pp) [Entry date 04/23/96] |
| 4/24/96 | 159 | MOTION by Duane R Olson for copies of orders 04/01/96 and 04/04/96; Notice to the court; (Attachments) (pp) [Entry date 04/25/96] |
| 5/7/96 | 160 | MOTION by USA to dismissed defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. Section 2255 as to defendant Duane R Olson; (Attachments); Notice |

|         |     |                                                                                                                                                                                                                                                                                                                      |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | of filing (pp) [Entry date 05/07/96] [Edit date 05/07/96]                                                                                                                                                                                                                                                            |
| 5/13/96 | 161 | LETTER from Duane R. Olson, to Clerk of Court, dated 05/09/96. (pp) [Entry date 05/16/96]                                                                                                                                                                                                                            |
| 5/20/96 | 162 | REQUEST by movant Duane R Olson for extension of time to object to the government's response to movant's motion to vacate, set aside or correct sentence; (Attachments) (pp) [Entry date 05/23/96]                                                                                                                   |
| 6/3/96  | 163 | MOTION by movant Duane R Olson to dismiss 28 U.S.C. 2255 petition without prejudice; (Attachments) (pp) [Entry date 06/11/96]                                                                                                                                                                                        |
| 6/10/96 | 164 | MINUTE ORDER of 6/10/96 by Hon. James B. Zagel as to Duane R Olson : Motion [163-1] of defendant to dismiss 28 U.S.C. motion [149-1] to vacate set aside or correct sentence is granted. Motion [149-1] of defendant Duane Olson to vacate is denied as moot. [149-1] Motions of defendant Duane Olson [159-1, 160-1 and 162-1] are denied as moot as to defendant Duane R Olson. Mailed notice (pp) [Entry date 06/11/96] [Edit date 06/11/96] |
| 10/20/96| 169 | MOTION by USA to dismiss defendant's second 2255 motion; (Exhibits); Notice of filing (pp) [Entry date 12/30/96]                                                                                                                                                                                                     |
| 11/20/96| 165 | 2255 MOTION by defendant George Morris to vacate, set aside or correct sentence by a person in federal custody (Civil case number 96 C 7634) (kk) [Entry date 11/25/96] [Edit date 11/25/96]                                                                                                                         |
| 11/20/96| 166 | CIVIL cover sheet by George Morris (kk) [Entry date 11/25/96]                                                                                                                                                                                                                                                        |
| 11/20/96| 167 | NOTICE as to defendant George Morris of change of address (kk) [Entry date 11/25/96]                                                                                                                                                                                                                                 |
| 11/21/96| 168 | MINUTE ORDER of 11/21/96 by Hon. James B. Zagel as to George Morris : Ruling on government's motion to vacate, set aside or correct sentence by a person in federal custody [165-1] set for 02/05/97 at 10:00 a.m. Answer brief to motion due 12/18/96. Reply to answer brief due 01/08/97. Mailed notice (pp) [Entry date 11/27/96] |
| 1/6/97  | 170 | MOTION by George Morris to withdraw motion to vacate, set aside or correct sentence without prejudice; (Attachments) (pp) [Entry date 01/08/97]                                                                                                                                                                      |
| 2/5/97  | 171 | MINUTE ORDER of 2/5/97 by Hon. James B. Zagel as to Duane R Olson : Denying government's motion to dismiss defendant's second 2255 motion [169-1] as moot. Mailed notice (pp) [Entry date 02/11/97]                                                                                                                  |
| 6/4/97  | 172 | MINUTE ORDER of 6/4/97 by Hon. James B. Zagel as to George Morris : Granting defendant's motion to withdraw 2255 document to vacate, set aside or correct sentence without prejudice. [170-1] Denying as moot defendant's motion to vacate, set aside or correct sentence by a person in federal custody. [165-1] Denying as moot government's motion to dismiss defendant's second 2255 motion. [169-1] Mailed notice (pp) [Entry date 06/05/97] |
| 6/4/97  | 173 | MINUTE ORDER of 6/4/97 by Hon. James B. Zagel as to George Morris :  Motion [170-1] to withdraw document (2255                                                                                                                                                                                                        |

|        |     |                                                                                                                                                                                                                                                                                                  |
|--------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        |     | petition) is granted. Motion [165-1] to vacate, set aside or correct sentence is denied as moot. Government's motion [169-1] to dismiss petition is denied as moot. Mailed notice (ch) [Entry date 06/10/97]                                                                                      |
| 8/4/97 | 174 | MOTION by Duane R Olson for leave to file oversized brief in support of motion to vacate sentence pursuant to 28 U.S.C. 2255 (pp) [Entry date 08/06/97]                                                                                                                                           |
| 8/4/97 | 178 | MEMORANDUM of law by Duane R Olson in support of motion to vacate, set aside or correct sentence by a person in Federal [149-1]; (Exhibits) (pp) [Entry date 09/10/97]                                                                                                                            |
| 8/7/97 | 175 | AMENDMENT by Duane R Olson to movant's motion to vacate, set aside or correct sentence by party in Federal custody pursuant to the provisions of Title 28 United States Code Section 2255; (Exhibits) (pp) [Entry date 08/08/97]                                                                  |
| 8/7/97 | 176 | DECLARATION of Duane R Olson regarding amendment to movant's motion to vacate set aside or correct sentence by party in Federal custody pursuant to the provisions of Title 28 United States Code Section 2255 [175-1] (pp) [Entry date 08/08/97]                                                 |
| 9/2/97 | 177 | MINUTE ORDER of 9/2/97 by Hon. James B. Zagel as to Duane R Olson : Petitioner's motion for leave to file oversized brief in support of motion to vacate sentence pursuant to 28 U.S.C. 2255 is granted. [174-1] No notice (pp) [Entry date 09/03/97]                                             |
| 5/12/98 | 179 | NOTICE of removal of material from the custody of the Clerk's Office (dmk) [Entry date 05/14/98]                                                                                                                                                                                                |
| 6/9/98 | 180 | MOTION by Duane R Olson to correct sentence enhancement pursuant to Rule 52(b) (plain error) Fed Rules Criminal Procedure (emd) [Entry date 06/10/98]                                                                                                                                             |
| 7/29/98 | 181 | MOTION by defendant George Morris to correct sentence enhancemenr=t pursuant to rule 52(b) (plain error) Fed Rules Criminal Procedure with memorandum in support (kk) [Entry date 07/30/98]                                                                                                       |
| 7/29/98 | 181 | MEMORANDUM by defendant George Morris in support with motion to correct sentence enhancement pursuant to rule 52(b) (plain error) Fed Rules Criminal Procedure [181-1] (kk) [Entry date 07/30/98]                                                                                                 |
| 8/3/98 | 182 | MOTION by Duane R Olson for court order to compel Clerk of Court to furnish grand jury records (EXHIBITS); (dmk) [Entry date 08/04/98]                                                                                                                                                            |
| 9/2/98 | 183 | MOTION by Duane R Olson for leave of court to file supplemental motion to movant's original USC 28 Section 2255 now moving before this court ; (emd) [Entry date 09/10/98]                                                                                                                        |
| 9/2/98 | 184 | SUPPLEMENT EXHIBITS for 2255 by Duane R Olson (emd) [Entry date 09/10/98]                                                                                                                                                                                                                         |
| 9/17/98 | 185 | MOTION by Duane R Olson to amend movant's original Title 28:2255 with an instant liberty issue, pursuant to Court order from Middle District of Florida, Jacksonville Division (Exhibits) (emd) [Entry date 09/21/98]                                                                              |
| 9/17/98 | 186 | RECEIVED amended 2255 motion from Duane R Olson together                                                                                                                                                                                                                                          |

|         |     |                                                                                                                                                                                                                                                                                                                                        |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | with judge's copy. (emd) [Entry date 09/21/98]                                                                                                                                                                                                                                                                                         |
| 1/11/99 | 187 | RENEWED MOTION by Duane R Olson for court order to compel Clerk of Court to furnish all grand jury records in the instant case (dmk) [Entry date 01/19/99]                                                                                                                                                                             |
| 2/9/99  | 188 | NOTICE by Duane R Olson to the court for status report of progress on motions now moving before this court (dmk) [Entry date 02/12/99]                                                                                                                                                                                                 |
| 4/7/99  | 189 | ACKNOWLEDGEMENT of receipt of writ of mandamus on appeal, re: as to Duane R Olson  USCA 99-1801 (dmk) [Entry date 04/12/99]                                                                                                                                                                                                            |
| 4/22/99 | 190 | NOTICE as to Duane R Olson of change of address (dmk) [Entry date 05/05/99]                                                                                                                                                                                                                                                            |
| 7/1/99  | 192 | LETTER to Judge Posner from Duane Olson (Attachment). (emd) [Entry date 07/26/99]                                                                                                                                                                                                                                                      |
| 7/16/99 | 191 | MINUTE ORDER of 7/16/99 by Hon. James B. Zagel as to George Morris : Status hearing set for 10/22/99 at 10:00am. Government response to petition for writ of habeas corpus due 8/23/99. Reply due 9/22/99. Ruling to be made by mail. Motion (183-1) to supplement is granted. Motion (185-1) for instant liberty is denied. Mailed notice (emd) [Entry date 07/19/99] |
| 7/30/99 | 193 | MINUTE ORDER of 7/30/99 by Hon. James B. Zagel as to George Morris : Motion for certificate of appealability is denied (See reverse of minute order). Mailed notice (pp) [Entry date 08/02/99] [Edit date 08/03/99]                                                                                                                    |
| 8/23/99 | 194 | MOTION by USA to dismiss defendant's motion to vacate set aside or correct sentence as to defendant Duane R Olson; Notice (pp) [Entry date 08/24/99]                                                                                                                                                                                   |
| 9/2/99  | 195 | MINUTE ORDER of 9/2/99 by Hon. James B. Zagel as to Duane R Olson : Defendant's petition to dismiss defendant's motion to vacate set aside or correct sentence as to defendant Duane R Olson is dismissed [194-1] (See reverse of minute order) Mailed notice (pp) [Entry date 09/03/99]                                               |
| 9/7/99  | 196 | COPY of Order from the 7th Circuit as to Duane R Olson: It is ordered that the petition for writ of mandamus is denied. ( 99-1801) (emd) [Entry date 09/09/99]                                                                                                                                                                         |
| 9/15/99 | 197 | MOTION by Duane R Olson to amend movant's two motions for Grand Jury materials pursuant to Fed.R.Civ.R.15A (pp) [Entry date 09/16/99]                                                                                                                                                                                                  |
| 9/15/99 | 198 | EMERGENCY motion by Duane R Olson for this court to reconsider the court's minute order of 09/02/99 to dismiss movant Olson's habeas 2255 pursuant to Fed.Civ.R.P. 59E ; (Attachments) (pp) [Entry date 09/16/99]                                                                                                                      |
| 9/15/99 | 199 | TRAVERSE by Duane R Olson to government's answer to Title 28 USC 2255 motion; (Attachments) (pp) [Entry date 09/16/99]                                                                                                                                                                                                                 |
| 9/15/99 | 201 | MOTION by Duane R Olson for the court to deny government's motion to dismiss movant Olson's motion to vacate 2255; (Attachments) (pp) [Entry date 09/22/99]                                                                                                                                                                            |
| 9/21/99 | 200 | MINUTE ORDER of 9/21/99 by Hon. James B. Zagel as to Duane R Olson : Defendant's motion for this court to reconsider                                                                                                                                                                                                                   |

|  |  |  |
|---|---|---|
|  |  | the court's minute order of 09/02/99 to dismiss movant Olson's habeas 2255 pursuant to Fed.Civ.R.P. 59E is denied [198-1] Motion for the court to deny government's motion to dismiss movant Olson's motion to vacate section 2255 is denied. Mailed notice (pp) [Entry date 09/22/99] |
| 10/4/99 | 202 | NOTICE OF APPEAL by defendant Duane R Olson minute order [200-1] from minute order [200-1] ( Fee Not Required) (rm) [Entry date 10/05/99] |
| 10/5/99 | -- | MAILED LETTER regarding docketing statement unacknowledged by defendant Duane R Olson . (rm) [Entry date 10/05/99] |
| 10/5/99 | -- | TRANSMITTED to the 7th Circuit the short record on appeal [202-1] as to Duane R Olson . Mailed notice to all counsel. (rm) [Entry date 10/05/99] |
| 10/12/99 | 205 | LETTER from USCA to Duane R Olson, dated 10/07/99. (pp) [Entry date 10/21/99] |
| 10/14/99 | 203 | SENTENCING Recommendation - sealed on Duane R Olson (kk) [Entry date 10/14/99] |
| 10/14/99 | 204 | PRESENTENCE Investigation Report - sealed on Duane R Olson (kk) [Entry date 10/14/99] |
| 10/21/99 | 206 | RECEIVED fee from Duane R Olson appeal [202-1] re [202-1] in amount of $ 105.00; Receipt No. 5041 (Attachments) (mk) [Entry date 10/25/99] |
| 10/22/99 | -- | SCHEDULE set on 10/22/99 by Hon. James B. Zagel : Status hearing stricken. No notice (dw) [Entry date 10/29/99] |
| 12/2/99 | -- | TRANSMITTED to the 7th Circuit the long record on appeal no. 99-1801 as to Duane R Olson consisting of one volume of pleadings with sixteen volumes of transcripts and one volume of and three volumes of restricted documents under separate certificate appeal [202-1] Mailed notice to all counsel. (rm) [Entry date 12/02/99] |
| 9/8/00 | 207 | COPY of order from the 7th Circuit as to Duane R Olson; The district court order dismissing this successive collateral attack as untimely is vcated the the case is remanded with instructions that the court must dismissed the case for lack jurisdiction.(99-3574) (pp) [Entry date 09/11/00] |
| 11/22/00 | 208 | LETTER from the 7th Circuit returning the record on appeal 99-3574 as to Duane R Olson consisting of one volume of pleadings, sixteen volumes of transcripts and one volum of exhibits. (pp) [Entry date 11/27/00] |
| 3/5/01 | -- | MOTION by Duane R Olson pursuant to 28 USC Section 2255 filed in case number "01cv1556". All filing and docket entries will be made in case number 01cv1556. (ac) [Entry date 03/12/01] [Edit date 03/12/01] |
| 3/9/01 | -- | MOTION by defendant George Morris pursuant to 28 USC 2255 filed in case number "01cv1704." All filings and docket entries will be made in case number 01cv1704. (cs) [Entry date 03/12/01] |

END OF DOCKET: 1:90cr577-0

# EXHIBIT C