# U.S. District Court

## Northern District of Illinois (Chicago)

### CIVIL DOCKET FOR CASE #: 01-CV-1556

### USA v. Olson

Filed: 03/05/01
Assigned to: Hon. James B. Zagel
Demand: $0,000
Nature of Suit: 510
Lead Docket: None
Jurisdiction: US Defendant
Dkt # in N.D. IL E Division : is 1:90-cr-00577
Cause: 28:2255 Petition for Writ of Habeas Corpus (Federal)

```
UNITED STATES OF AMERICA          AUSA
     plaintiff                    [NTC]
                                  United States Attorney's Office
                                  219 South Dearborn Street
                                  Suite 500
                                  Chicago, IL 60604
                                  (312) 353-5300
     v.

DUANE R OLSON                     Duane R Olson
     defendant                    04931-424
                                  [NTC] [PRO SE]
                                  Coleman - FCCL
                                  P.O. Box 879
                                  Coleman, FL 33521
```

## DOCKET    PROCEEDINGS

DATE    #           DOCKET    ENTRY

| Date | # | Entry |
|------|---|-------|
| 3/5/01 | 1 | EMERGENCY Section 2255 MOTION with an instant liberty interest; Civil cover sheet. (Documents 1-1 through 1-2). (ac) [Entry date 03/08/01] [Edit date 03/09/01] |
| 3/19/01 | 2 | MINUTE ORDER of 3/19/01 by Hon. James B. Zagel : Movant's emergency section 2255 motion [1-1] is denied for lack of jurisdiction. Movant has not been approved to proceed by the Court of Appeals for the 7th Circuit terminating case. Mailed notice (mw) [Entry date 03/22/01] |
| 3/20/01 | 3 | MOTION by plaintiff of supplement to movant's emergency 2255 now moving before this Court [1-1]. (mw) [Entry date 03/22/01] |
| 4/10/01 | 4 | NOTICE by plaintiff of service extraordinary writ United States Supreme Court (Attachments) (jmp) [Entry date 04/13/01] |
| 4/17/01 | 5 | MOTION by pro se movant Duane R Olson for reconsideration of court's order of 3/19/01 pursuant to Rule 59(e). (mf) [Entry date 04/18/01] |
| 4/18/01 | 6 | MINUTE ORDER of 4/18/01 by Hon. James B. Zagel : Plaintiff's motion for reconsideration of court's order of 3/19/01 pursuant to Rule 59(e) is denied [5-1]. Mailed notice (rm) [Entry date 04/19/01] |
| 4/30/01 | 7 | MOTION by defendant for issuance of certificate of appealability from denial of writ of habeas corpus. (yp) [Entry date 05/01/01] |
| 5/15/01 | 8 | MINUTE ORDER of 5/15/01 by Hon. James B. Zagel : Plaintiff's motion of supplement to movant's emergency 2255 now moving before Court [1-1] is granted [3-1]. Defendant's motion for issuance of certificate of appealability from denial of writ of habeas corpus is denied [7-1]. Mailed notice (yp) [Entry date 05/16/01] |

Case Flags:
TERMED

END OF DOCKET: 1:01cv1556