

# General Docket
## US Court of Appeals for the Seventh Circuit

```
Court of Appeals Docket #: 05-4351                            Filed: 11/16/05
Nsuit: 2530  Pris Pet Habeas Corpus-US Def
Olson, Duane v. USA
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0752-1 : 05 C 5099
    Ordering Judge: Mark R. Filip, Judge
    Court Reporter: L. LaCorte, Court Reporter
    Date Filed: 9/6/05
    Date order/judgment: 10/12/05
    Date NOA filed: 11/16/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: informa pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of March 22, 2006 11:02 pm              Page 1
```

---

```
05-4351   Olson, Duane v. USA

DUANE R. OLSON                    Duane R. Olson
    Petitioner - Appellant        #04931-424
                                  [COR LD NTC pro]
                                  FEDERAL CORRECTIONAL
                                  INSTITUTION
                                  P.O. Box 779800
                                  Miami, FL 33177
                                  USA

   v.

UNITED STATES OF AMERICA          Clay M. West
    Respondent - Appellee         FAX 312/353-4322
                                  312/353-5300
                                  Suite 5000
                                  [COR LD NTC ret]
                                  OFFICE OF THE UNITED STATES
                                  ATTORNEY
                                  219 S. Dearborn Street
                                  Chicago, IL 60604
                                  USA
```

Docket as of March 22, 2006 11:02 pm                    Page 2

---

05-4351  Olson, Duane v. USA

DUANE R. OLSON,
            Petitioner - Appellant
   v.
UNITED STATES OF AMERICA,
            Respondent - Appellee

Docket as of March 22, 2006 11:02 pm                    Page 3

---

05-4351  Olson, Duane v. USA

| Date | Entry |
|---|---|
| 11/16/05 | Federal prisoner's habeas corpus case docketed. [05-4351] [1924493-1] Transcript information sheet due 11/28/05. Docketing Statement due 11/23/05. (kell) |
| 11/16/05 | [05-4351] ROA from No. Dist. of Il., E. Div. due 12/7/05. (kell) |
| 11/16/05 | Filed notice that a motion to proceed on appeal in forma pauperis is pending in the District Court. [05-4351] [1924505-1] (kell) |
| 11/22/05 | Filed District Court order GRANTING Duane R. Olson leave to proceed on appeal in forma pauperis and assessing a $44.26 initial partial filing fee. Date IFP granted: 11/18/05. [05-4351] [1924493-1] (desi) |
| 11/22/05 | ORDER: Appellant Duane R. Olson Appellee USA shall file a brief memorandum stating why this appeal should not be summarily affirmed. [1924493-1] DW [05-4351] [1925986-1] Briefing is SUSPENDED pending further court order. (See order for further details) Jurisdictional memorandum due 12/6/05 for Duane R. Olson, for USA. (amyd) |
| 11/29/05 | ORDER: Appellant is directed to file the overdue Docketing Statement within 14 days from the date of this Rule to Show Cause. [1924493-1] LJ [05-4351] Docketing Statement response due 12/13/05 for Duane R. Olson. (linj) |
| 12/5/05 | Filed Appellant Duane R. Olson docketing statement. [05-4351] [1930272-1] (5) |
| 12/6/05 | Filed Appellee USA jurisdictional memorandum. [05-4351] [1930412-1] (andb) |
| 12/6/05 | Filed Appellant Duane R. Olson jurisdictional memorandum. [05-4351] [1930459-1] (hudk) |

| Date | Entry |
|---|---|
| 12/12/05 | Original record on appeal filed. Contents of record: 1 vol. pleadings. [05-4351] [1931761-1] (dave) |
| 1/26/06 | ORDER issued AFFIRMING the district court's judgment. Circuit Judge Frank H. Easterbrook, Circuit Judge Terence T. Evans, Circuit Judge Diane S. Sykes. [05-4351] [1924493-1] (hudk) |
| 3/20/06 | MANDATE ISSUED AND ENTIRE RECORD RETURNED. (Contents returned: 1 vol. pleadings.) [05-4351] [1924493-1] (cove) |
| 3/22/06 | Filed mandate receipt. [05-4351] [1966934-1] (trot) |

Docket as of March 22, 2006 11:02 pm                    Page 4

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2006 15:31:55 | | | |
| **PACER Login:** | us5411 | **Client Code:** | |
| **Description:** | dkt report | **Case Number:** | 05-4351 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |