IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.  20001

DUANE R. OLSON,
        Plaintiff,                      CASE NO:  **1:06CV000565**

Versus                                    The Honorable Judge:
                                           **JAMES ROBERTSON**

THE UNITED STATES OF AMERICA,
        Defendant.      /
_____

A MOTION FOR THE COURT TO DIS-REGARD
THE DEFENDANT'S NON-GERMANE MOTION TO DISMISS
and
FOR THE COURT TO ANSWER THE FEDERAL QUESTION
NOW MOVING BEFORE THE COURT
_____

Status Of The Case:

    On March 24, 2006, DUANE R. OLSON, in pro-se and the Plaintiff in the above styled action, filed a FEDERAL QUESTION and SUIT FOR DECLARATORY JUDGMENT with this Honorable Court, pursuant to Title 28 U.S.C. §'s 1331 and 2201.  A filing fee of Two Hundred Fifty ($250.00) dollars was PAID to the Clerk by the Plaintiff.

    On Tuesday, June 20, 2006, The Plaintiff received the Defendant's Seven **(7)** page MOTION TO DISMISS accompanied with One Hundred Forty-Six **(146)** pages of EXHIBIT'S for which the Plaintiff is grateful.

RECEIVED
JUN 28 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff would Respectfully recommend that the Court read all of the Plaintiff's prior Petition(s) "[t]o the Government for a redress of grievances"...but...in the interest of brevity...the Plaintiff would strongly suggest that this Honorable Court review the Plaintiff's Official Government documents and prima facia Evidence retrieved from the Archives of the Library of Congress and the Government Warehouses in Maryland, begining at page **47** of **67** pages of the Plaintiff's Petition to United States District Court, Ocala, Florida.

Ordinarily, as the Plaintiff understands it, whether the case be civil or criminal, the first motion made to the court by the defendant's counsel is a Motion To Dismiss for whatever reason...but the case at bar is anything **but...'ordinary'**.

With the arrest, conviction, and confiscation of cash and real assets of hundreds of thousands of People...from nearly every Nation on this Planet...and dead-bodies on both sides... for **36-years**...the Government has both a Moral and Legal Obligation and Duty to assist this Court with the Defendant's Interpretation and Definition of; "**'any person'** as it is used in the text of Title 21 U.S.C. § 841(a)(1)" by Identifying a **NEXUS** to the Constitution for federal jurisdiction over **'any person'** to; "[i]nclude any individual, corporation, company, association, firm, partnership, society, or, joint stock company". (The FIREARMS ACT — Title 18 U.S.C. § 921).

What the Plaintiff finds most remarkable about the Government's attempt to "shoot the messenger" by portraying the Plaintiff as an off the wall WACKO "writ-writer" is that the Government's Lawyer(s) have **never admitted or denied** the Plaintiff's allegations nor . . . has **ANYONE** from the Legal Community—practitioner or professor—**ever labeled** the Plaintiff's work frivolous/without merit! Instead . . .

The Executive Branch has done what they do best . . . Fabricate, Create, and Develope a **NEW** Question and then litigate their **OWN** Question in an attempt to gain a successful conclusion from the Court in **FAVOR** of their **OWN** Question . . . sort of like a boxing Coach instructing his stable of boxers; "If you can't fight . . . dazzel 'em with your footwork"!

The Plaintiff's Character or the Chronology of Events has absolutely nothing whatsoever to do with the Plaintiff's Legitimate Federal Question now moving before this Court.

The Government's "tongue in cheek" reference to the Plaintiff's allegation(s) at page **-1-** Item **1)** of the Motion To Dismiss, that...

> "[a]ll federal prosecutors who present indictments for violations of section 841(a)(1)...[a]re guilty of uttering forged and altered instruments..."

is **NOT all that 'unusual'** or **'far-out'**... the "movers and shakers" of the **NIXON** Administration...mostly "lawyers"... who were the Architect(s) and Author(s) of the Act in question, with the exception of Don Santarelli and William "Bill" Rhenquist, were **ALL** either indicted, convicted, pardoned, or "kicked outa town" for Offenses against the "[l]aws of the United States", **FRAUD** and...surprise...violations of CIVIL RIGHTS! (See **APPENDIX [01]**)

(A)   **NIXON** — unindicted co-conspirator...

(B)   **CHAPIN** — "GO-FER" between Haldeman and Krogh's Office...

(C)   **DEAN** — RULE 35 Applicant...

(D)   **EHRLICHMAN** — Hired Krogh and Sanatrelli and later... "found" Jesus...

(E)   **HALDEMAN** — Sheperd of the "flock"...

(F)   **EGIL "Bud" KROGH** — Co-Author with Don Sanatrelli of the CSA and the "Man-in-Charge" of NIXON'S "Plumber(s)" in the White House basement...

(G)   **G. GORDON LIDDY** — The Great American Hero and Patriot who refused to 'rat' but was NIXON'S "hitman'... and finally...

(H)   **JOHN MITCHELL** — The Chief Law Enforcement Officer of the United States and NIXON'S ATTORNEY GENERAL!

-4-

As a side-bar . . . the Plaintiff would Respectfully Inquire of this Honorable Court . . . would this Court Consider **ANY DOCUMENT** Crafted by this group of "lawyers" . . . **SUSPECT?**

**MOREOVER . . .**

The "additions and alterations" to the text of section 841 of Title 21 are **NOT** harmless "doodles" or "works of art" but rather, they are violation(s) of the Bicameral and Presentment clauses of Article I of the Constitution and as such, § 841 is a **"forged and altered instrument"** . . . <u>**without force of law!**</u> (See <u>Chadha</u>; 462 US 919, 77 L Ed 2d 317, and <u>Clinton</u>; 524 US 417, L Ed 2d 393).

---

<u>Jurisdiction:</u>

**Albeit** . . . that the very first motion to the court by a defendant, whether the case be criminal of civil, should be a Motion To Dismiss, but the Government's claim at page -5- that the Plaintiff "[h]as failed to state a claim for which relief can be grant[ed] and over which the court has jurisdiction" . . . **is just plain wrong . . . .**

The Plaintiff's FEDERAL QUESTION now moving before the Court seeks **NO** Opinion from the Court or "verdict" from a jury of any Pleadings by the Plaintiff . . . the "QUESTION" before the Court has been from day one . . . and continues to be . . . "[t]he proper and peculiar province of the Courts . . . [t]o say what the law is".

The FEDERAL QUESTION before this Court seeks **NO** "Opinion" of "relief" for either the Plaintiff or the Defendant . . . but rather . . . the "QUESTION" requires . . . indeed **DEMANDS** . . . that this Court Honor it's Oath of Office and Signed Contract with "We the People" to Uphold and Defend the Constitution for the United States and . . .

> **41).** To **define** the meaning and application of the term or phrase **'any person'** as it is used in the text of Title 21 U.S.C. § 841(a)(1). (Original @ p. -7-)

On the one hand . . .

**I F** this Court <u>defines</u> the term or phrase **'any person'** to mean **every single person** within the boundries of the United States, it's Territories and/or Possessions . . . then . . . the Constitution and "We the People" are the **WINNERS**!

On the other hand . . .

**I F** this Court <u>defines</u> the term or phrase **'any person'** as it is used in section 841., to be **restricted** to those "Persons registered by the Attorney General" . . . then . . .

Whether by ignorance, incompetetence, accident, or malicious intent, matters not . . . The Government's "WAR on DRUGS" is the Mother of all **FRAUDS** and this Court is Duty Bound to;

> "[d]eclare all acts contrary to the manifest tenor of the Constitution void"; and . . .

The Constitution and "We the People" are **still . . . the WINNERS**!

Paraphrasing Hamilton's remarks — Federalist Papers -78-

> "A constitution is, in fact, and must be regarded by the judges as, a <u>fundamental law</u>...[f]or there is no liberty if the power of judging be not separated from the legislative and executive powers [and] the power of the People is superior to both.
>
> But it is easy to see that it would require an uncommon portion of fortitude in the judges to do their duty as faithful guardians of the Constitution where the legislative invasions of it had been instigated by the major voice of the community".

---

Having made those Observations, **IF** this Honorable Court decides it's Allegiances to be with the Framer(s), "We the People", and the Constitution... rather than with the drug-war Zealots, the Plaintiff would Respectfully Present... for this Court's consideration... the Plaintiff's Interpretation and Definition of the term or phrase **'any person'** as it is used in Title 21, United States Code, Section **841**.

As a side-bar...

The Plaintiff would Respectfully remind the Court, that although the Controlled Substance Act was Signed into Law by President Nixon in 1970... it took until 1975-76 for the Act to be **S O L D** as a **"L A W"** encompassing **'any person'** **N O T** <u>registered</u> by the Attorney General.

-7-

## THE ISSUE

**Almost** . . . from the very begining . . . in U.S. v. Moore; 423 US 122, 46 L Ed 2d 333 @ 341 (dec., 9, 1975) Mr. Justice **POWELL**, expressing the unanimous view of the Eight Members of The Supreme Court, proclaimed in pertinent part . . .

"By it's terms § 841 reaches **'any person'** . . ."

NOW . . . some 30-years later . . . every single inferior court of the United States parrot's the same "old-song" . . . U.S. v. Gibson; No: 04-14776, (11th Cir. Jan., 4, 2006) . . .

> "Pursuant to 21 U.S.C. § **841(a)(1)**, it is unlawful for **any person** knowingly or intentionally —
>
> **(1)** To manufacture, distribute, or dispense or possess with intent to manufacture, distribute, or dispense a controlled substance;" [Orig., @ -4-, **Item 17**).]

Obviously . . .

Mr. Justice **POWELL** and Eleventh Circuit Judge **TJOFLAT'S** "truncated-version" of the statute, **§ 841(a)(1)** above is **false** and **untrue** or there wouldn't be any **'miracle drugs'** available for our use today!

Depending on the circumstance . . . and for 36-years . . .

The Executive and Judicial Branches of the Government of the United States, have prosecuted and punished respectively, **'any person'** <u>registered</u> by the Attorney General for Conduct <u>**not expressly 'authorized' by their registration or in excess of their quota**</u> . . . pursuant to the **OFFENSES and PENALTIES** described and prescribed respectively, in Section(a) **841(a)(1)** and **841(b)** of Title 21; and/or . . .

-8-

Depending on the circumstance . . . and for 36-years . . .

The Executive and Judicial Branches of the Government of the United States, have prosecuted and punished respectively, **'any person'** <u>**NOT registered**</u> by the Attorney General pursuant to the **OFFENSES and PENALTIES** described and prescribed respectively, in Section(s) **841(a)(1)** and **841(b)** of Title 21 . . .

In Effect, Practice, and by Virtue of Ambiguity . . .

The Ninety-First Congress of the Government of the United States has . . . **ISSUED A LICENSE** . . . to the Executive and Judicial Branches of the Government of the United States . . . to Operate Section(s) **841(a)(1)** and **841(b)** of Title 21, as a **COMMON LAW CRIME** against the "[l]aws of the United States" applicable to **'any person'** within the boundries of the United States, it's Territories and/or Possessions . . . <u>**depending on the circumstance!**</u>

When a **CHOICE** is to be made between **TWO (2)** Separate and Distinctly Different readings of what Congress has made a "CRIME"; it is appropriate and indeed . . . A Matter Of National Interest And Concern . . . that "We the People" **DEMAND** that the Judicial Branch of the Government of the United States . . . **define** . . . "with certainty and precision" . . . the ambiguous term or phrase . . . **any person** . . . <u>**BEFORE**</u> . . . the Executive and Judicial Branches make **their CHOICE** to "take-away" the Life, Liberty and/or Property, of **'any person'** . . . . <u>**depending on the circumstance!**</u>

-9-

## THE QUESTION

The Plaintiff's Original FEDERAL QUESTION at page -7-:

> "[d]efine the meaning and application of the phrase 'any person' as it is used in the text of Title 21, U.S.C. § 841(a)(1)".

## PLAINTIFF'S INTERPRETATION AND DEFINITION

**FIRST** — There is **NOT ONE syllable** in the entire text of the Constitution for the United States that even comes close to convey **LEGISLATIVE JURISDICTION** upon the Ninety-First Congress to enact Major Legislation for National Federal Police Power to **enforce** an ACT that would **PROHIBIT, FORBID,** or make it **UNLAWFUL** for **'any person'** within the boundries of the United States, it's Territories and/or Possessions, to possess, manufacture, distribute, or dispense alcohol, tobacco, marijuana, or a . . . **"controlled substance"** . . . whatever that is . . . **STRIKE ONE!**

**SECOND** — The Ninety-First Congress Exercised their Enumerated Power, Article I, Section 8, clause 18.,

> "[t]o make **all Laws necessary and proper**"

for the "[r]egulation of Commerce" in drugs or other substances, and for . . .

§ 801.

> "(6) Federal control of the **'intrastate'** incidents of the traffic in controlled substances [for] the effective control of the **'interstate'** incidents of such traffic."

The "necessary and proper clause" is . . . by itself . . . **benign** . . . without any Power whatsoever . . . and Congress' Exercise of the "sweeping-clause" for "[c]arrying into execution" the "[r]egulation of Commerce" in the **'intrastate'** traffic of controlled substances . . . <u>**constitutionally**</u> . . . can **O N L Y** be applied to "[r]egulated persons and regulated transactions". (21 U.S.C. § 821) THEREFORE . . .

'any person' **N O T   R E G I S T E R E D** by the Attorney General is **A U T O M A T I C A L L Y   E X E M P T** from the **OFFENSES and PENALTIES** described and prescribed in Title 21 U.S.C. §§'s 841(a)(1) and 841(b).   STRIKE TWO!

THIRD — There is **N O T  O N E** syllable in the Operative language of § 841 to indicate **TWO (2) Separate** and **Mutually Exclusive Penalty Systems** . . . <u>depending on the circumstance</u> . . .

**O N E** — for **'any person'** <u>registered</u> by the Attorney General who would knowingly or intentionally "breach" their Signed Contract for federal regulation and jurisdiction, and . . .

**O N E** — for **'any person'** **N O T** <u>registered</u> by the Attorney General, and moreover . . . **E A C H** Separate and Distinctly different . . . Interpretation or Application . . . <u>depending on the circumstance</u> . . . MUST . . . <u>**constitutionally**</u> . . . STAND ALONE!   STRIKE THREE!

**Syllabus:**

**Albeit** . . . that both a high-school student of American History and Common Sense dictate . . . that the Framer(s) would <u>never</u> endorse a Constitution for self-government that would GRANT Congress the **legislative jurisdiction** to single-handedly . . . enact Major Legislation empowering the Executive and Judicial Branches of the Central Government to **ENFORCE** a **LAW** that would **PROHIBIT, FORBID,** or make it **"UNLAWFUL"** for 'any person' or "We the People" to possess, distribute, consume, or give-away, TOBACCO, WHISKEY, or TEA . . . especially . . . since **TEA** was the Framer's "weapon of mass destruction" for the Revolution . . . and . . . Title 21, section 841 doesn't either . . . it's **NOT** the subject matter of TEA or drugs and narcotics that is the Question here . . . it is the People's Perpetual Protection Secured by the Constitution for the United States that is the "subject matter" in the case at bar!

It is the Plaintiff's Position that for the Executive and Judicial to Interpret and Apply a "truncated-version" of Section 841 that would make it; **"[u]nlawful for 'any person'"** to possess, manufacture, distribute, or dispense a controlled substance . . . **whatever that is** . . . is for the Executive and Judicial to Interpret and Apply the **Doctrine of Constructive Implication!**

It would be redundant for the Plaintiff to **hammer** his point further, and moreover, the Plaintiff would be hard-pressed **NOT** to believe, that both this Court and the Defendnat's Counsel already know the "ANSWER" to the Plaintiff's FEDERAL QUESTION.

-12-

WHEREAS . . .

The Plaintiff, DUANE R. OLSON Respectfully Submits His Interpretation and Definition of the term or phrase **'any person'** as it is used in the text of Section **841(a)(1)** of Title 21, for this Honorable Court's Consideration . . .

Section(s) **801., 802., 821., 822.,** and **841.,** of Title 21, when taken together for careful analysis, prove . . . "beyond reasable doubt" . . .

The term or phrase **'any person'** as used in Title 21, United States Code, Section 841(a)(1) is . . . <u>**constitutionally restricted**</u> . . . to the **"Authorized activities"** of **"Persons registered by the Attorney General"** . . .

## ALL OTHERS ARE EXEMPT!

---

The Plaintiff Respectfully Request's this Honorable Court, to disregard the Defendant's MOTION TO DISMISS and for the Court to Honor it's Oath of Office, it's Contract with "We the People", Uphold and Defend the Constitution for the United States, Protect the Judiciary Act of 1789, and Preserve <u>Marbury v. Madison</u>; "[t]o say what the law is" and for this Court to ISSUE DECLARATORY JUDGMENT . . . <u>**the constitutional**</u>. . . "[m]eaning and application of the phrase **'any person'** as it is used in the text of Title 21 U.S.C. § 841(a)(1)". [Original at p. -7- **Item 41.**)]

> "A lie cannot live forever!"
> —Dr. Martin Luther King—

-13-

## AFFIDAVIT

I, DUANE R. OLSON, the Plaintiff in the foregoing Motion, do hereby Swear and Certify, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that the Statement(s) in the foregoing thirteen (13) pages of this Motion are TRUE and CORRECT to the best of my knowledge, belief, memory, and research.

Executed on this __26TH__ day of __June__, 2006.

Respectfully Submitted,

Plaintiff/Affiant — _____
Duane R. Olson  (pro-se)
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177


## CERTIFICATE OF SERVICE

I, DUANE R. OLSON, HEREBY CERTIFY that on this_____day of_____, 200___, a copy of the foregoing Motion was mailed, postage prepaid to the following interested party(s):

THE HONORABLE ALBERTO GONZALEZ        M/S RHONDA C. FIELDS
UNITED STATES ATTORNEY GENERAL        ASSISTANT U.S. ATTORNEY
ROOM 5111                             555 FOURTH STREET, N.W.
MAIN JUSTICE BUILDING                 CIVIL DIVISION
950 PENNSYLVANIA AVENUE, N.W.         WASHINGTON, D.C.  20001
WASHINGTON, D.C.  20530

Executed on this __26TH__ day of __June__, 2006.

Plaintiff/Affiant — _____
Duane R. Olson  (pro-se)

-14-

132

TABLE 3-4  The Watergate Roster

| | | | | |
|---|---|---|---|---|
| (A) | Richard M. Nixon | Unindicted co-conspirator | Pardoned | |
| (B) | Dwight L. Chapin | Convicted of lying to a grand jury | Sentenced to serve 10 to 30 months | Served 8 months |
| | Charles W. Colson | Pleaded guilty to obstruction of justice | Sentenced to serve 1 to 3 years and fined $5,000 | Served 7 months |
| (C) | John W. Dean III | Pleaded guilty to conspiracy to obstruct justice | Sentenced to serve 1 to 4 years | Served 4 months |
| (D) | John D. Ehrlichman | Convicted of conspiracy to obstruct justice, conspiracy to violate civil rights, and perjury | Sentenced to serve concurrent terms of 20 months to 8 years | Served 18 months |
| (E) | H. R. Haldeman | Convicted of conspiracy to obstruct justice and perjury | Sentenced to serve 30 months to 8 years | Served 18 months |
| | E. Howard Hunt | Pleaded guilty to conspiracy, burglary, and wiretapping | Sentenced to serve 30 months to 8 years and fined $10,000 | Served 33 months |
| | Herbert W. Kalmbach | Pleaded guilty to violation of the Federal Corrupt Practices Act and of promising federal employment as a reward for political activity | Sentenced to serve 6 to 18 months and fined $10,000 | Served 6 months |
| | Richard G. Kleindienst | Pleaded guilty to refusal to answer pertinent questions before a Senate committee | Sentenced to 30 days and fined $100 | Sentence suspended |
| (F) | Egil Krogh, Jr. | Pleaded guilty to conspiracy to violate civil rights | Sentenced to serve 2 to 6 years (all but 6 months were suspended) | Served 4½ months |
| | Frederick C. LaRue | Pleaded guilty to conspiracy to obstruct justice | Sentenced to serve 1 to 3 years (all but 6 months were suspended) | Served 5½ months |
| (G) | G. Gordon Liddy | Convicted of conspiracy to violate civil rights, burglary, and wiretapping | Sentenced to serve 6 years and 8 months to 20 years and fined $40,000 | Served 52 months |
| | Jeb S. Magruder | Pleaded guilty to conspiracy to obstruct justice, wiretapping, and fraud | Sentenced to serve 10 months to 4 years | Served 7 months |
| (H) | John N. Mitchell | Convicted of conspiracy to obstruct justice and perjury | Sentenced to serve 30 months to 8 years | Served 19 months |
| | Donald H. Segretti | Pleaded guilty to campaign violations and conspiracy | Sentenced to serve 6 months | Served 4½ months |
| | Maurice H. Stans | Pleaded guilty to five misdemeanor violations of the Federal Elections Campaign Act | Fined $5,000 | |
| | James W. McCord, Jr. | Convicted of conspiracy, burglary, wiretapping, and unlawful possession of intercepting devices | Sentenced to serve 1 to 5 years | Served 4 months |
| | Bernard L. Barker | Pleaded guilty to conspiracy, burglary, wiretapping, and unlawful possession of intercepting devices | Sentenced to serve 18 months to 6 years | Served 12 months |
| | Virgilio R. Gonzalez | Pleaded guilty to conspiracy, burglary, wiretapping, and unlawful possession of intercepting devices | Sentenced to serve 1 to 4 years | Served 15 months |
| | Eugenio R. Martinez | Pleaded guilty to conspiracy, burglary, wiretapping, and unlawful possession of intercepting devices | Sentenced to serve 1 to 4 years | Served 15 months |
| | Frank A. Sturgis | Pleaded guilty to conspiracy, burglary, wiretapping, and unlawful possession of intercepting devices | Sentenced to serve 1 to 4 years | Served 13 months |

SOURCE: *Washington Post*, June 17, 1982

133

APP. [01]