UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE R. OLSON, : | |
|     Plaintiff : | |
| v. : | Civil No. 06-565 (JR) |
| : | |
| UNITED STATES, : | |
|     Defendant. : | |

REPLY

In response to defendant's motion to dismiss, plaintiff has filed a "Motion for the Court to Disregard the Defendant's Non-Germane (sic) Motion to Dismiss and for the Court to Answer the Federal Question. . . " (plaintiff's motion).

Plaintiff's motion continues with the conceit that "The federal Question before this Court seeks no 'Opinion' or 'relief' for either the Plaintiff or the Defendant. . . ." Plaintiff's Motion at p. 6. But plaintiff's motion also contends that if the Court should define "any person" in the manner suggested by plaintiff that "this Court is duty bound to 'declare all acts contrary to the manifest tenor of the Constitution void. . . .'" *Id.*

It is clear that plaintiff is engaging in yet another improper attempt to collaterally attack his conviction. If, to the contrary plaintiff is seeking no relief for himself, there is no case or controversy and the Court lacks jurisdiction.

Therefore, for the reasons set forth in defendant's motion to dismiss, plaintiff's motion should be denied, and plaintiff's complaint should be dismissed.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451048
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20001
(202) 514-6970

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Reply was mailed, postage prepaid to plaintiff pro se

Duane R. Olson
# 04931-424
P.O. Box 779800 Unit "C"
Federal Correctional Institution
Miami, Florida 33177-9800.


                                          Rhonda C. Fields
                                          Assistant United States Attorney

,