IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

DUANE R. OLSON,

        Plaintiff,

Versus                                   CASE NO:  1:6-CV-565 JR

THE UNITED STATES OF AMERICA,

        Defendant.            /

## A MOTION FOR PERMISSION
## TO OFFER THE COURT
## A "side-bar" OBSERVATION

Comes Now, DUANE R. OLSON, the Plaintiff in the above styled action now moving before this Honorable Court, to seek the Court's benevolent Indulgence and Permission to Permit a "side-bar" Observation...

To "take-away" the Life, Liberty, and/or Property of 'any person' is a deadly serious business... whether by gun or gavel matters not to the victim.

### "side-bar" Observation:

It is Interesting to note, that neither the government's Motion to Dismiss, nor, the government's "REPLY" indicated **ANY** concern whatsoever for the People's Perpetual Protections Secured by the Constitution and Guaranteed by the Original Ten (10) Articles of Amendment thereto...

RECEIVED
JUL 17 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Instead...

The government's lawyers concern themselves with a federal prisoner's release from prison which...is a moot concern... **IF indeed**...the term **'any person'** constitutionally embraces <u>**every single person**</u> within the ambits of section 841 referred to in the Question...

On the other hand...

The government's lawyers completely **IGNORE** the Question as it applies to **'any person'** the government's lawyers intend to prosecute...**TOMORROW!**

The government's attempt to slow-dance this Court with a jurisdictional tune rather than face the music of accountability is deplorable...One would think the government's lawyers took an Oath to **WIN** at all costs rather than uphold and defend the Constitution...

Assuming the government's lawyers attended classes in Law School and have a reasonable understanding of Constitution Law: **101**, then those lawyers already should know...for certain... whether or not they are conducting America's drug-war in a constitutional manner...after all...**IF** this Court determines the Answer to the Plaintiff's Federal Question constitutionally encompasses <u>**every single person**</u>...then One is entitled to wonder just what it is that the government's lawyers are worried about?

                                                Respectfully Submitted,

                                                *[signature]*

                                           Duane R. Olson   (pro-se)

## CERTIFICATE OF SERVICE

I, DUANE R. OLSON, hereby Certify and Swear, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that a TRUE and CORRECT copy of the foregoing Two (2) pages were mailed, postage pre-paid, to the following interested party(s):

| | |
|---|---|
| THE HONORABLE ALBERTO GONZALEZ<br>UNITED STATES ATTORNEY GENERAL<br>ROOM 5111<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C.  20530 | M/S RHONDA C. FIELDS<br>ASSISTANT U.S. ATTORNEY<br>CIVIL DIVISION<br>555 FOURTH STREET, N.W.<br>WASHINGTON, D.C.  20001 |

Executed on this __14TH__ day of __July__, 20__06__.

Affiant _____
Duane R. Olson  (pro-se)
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177