IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

DUANE R. OLSON,
   Plaintiff,

CASE NUMBER: **1:06-CV-565**
JUDGE: JAMES ROBERTSON

Versus

THE UNITED STATES OF AMERICA,
   Defendant.     /
_____

A MOTION FOR PERMISSION
TO SUBMIT A SUPPLEMENT
Pursuant To F.R.Civ.P. RULE **15(d)**

  Although the Actor(s) in the case at bar are Each from very different Stations in Life, Judge, Lawyer, prisoner;

  **IF** We could lay aside Our material differences and Self-Interests, and Start with the Premise that Each of Us are Loyal to this Still Young Republic We like to call America, and . . .

  **IF** We would, Each of Us, make or re-make Our Personal Pledge and Swear an Oath to Uphold and Defend Our Precious Documents for Self-Government, then . . .

  With these "ENDS" in mind, and pursuant to the F.R.Civ.P. **RULE 15(d)**, the Plaintiff would Respectfully Seek Permission from this Honorable Court and Counsel for Defense, to Submit for the Record, the Plaintiff's Interpretation and Paraphrasing of

RECEIVED
AUG 2 8 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

Professor DAVID E. ENGDAHL'S Excellent Writings; Chapter(s) 3., and 4., from "CONSTITUTIONAL FEDERALISM" Nutshell Series, Pub., by WEST LAW (out of print) but obtained by the Plaintiff's Son from a used book store in California. (See attached)

Respectfully Submitted,

Plaintiff — *[signature]*
Duane R. Olson (pro-se)
Reg. No: 04931-424
P.O. Box 779800 Unit "C"
Federal Correctional Institution
Miami, Florida  33177

## CERTIFICATE OF SERVICE

I, DUANE R. OLSON, hereby Cerify that on this 24th day of August, 2004., a copy of the foregoing was mailed, postage pre-paid, to the following interested party(s):

| | |
|---|---|
| THE HONORABLE ALBERTO GONZALEZ<br>UNITED STATES ATTORNEY GENERAL<br>ROOM 5111<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C.  20530 | M/S RHONDA C. FIELDS<br>ASSISTANT U.S. ATTORNEY<br>555 FOURTH STREET, N.W.<br>CIVIL DIVISION<br>WASHINGTON, D.C.  20001 |

Plaintiff/Affiant — *[signature]*
Duane R. Olson (pro-se)