IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

DUANE R. OLSON,                              CASE NO:  **1:06CV00565**

    Plaintiff/Petitioner,              **THE HONORABLE JAMES ROBERTSON**

Versus

THE UNITED STATES OF AMERICA,
    Defendant/Respondent.  /

A PETITION FOR JUDICIAL NOTICE
Pursuant To Fed.R.E. **RULE 201(a)(d)(e)(f)**
and
ASSIGNMENT OF CASE FOR HEARING
Pursuant To Fed.R.Civ.P. **RULE 40(2).**

**COMES NOW**, DUANE R. OLSON, the Plaintiff in the above styled action now "stalled" before the bench of this Honorable Court;

To move the Court to take Judicial Notice of Adjudicative Facts pursuant to Fed.R.E. **RULE 201(a)(d)(e)(f)** and; "[p]rovide by rule for the placing of [the above styled] action upon the trial calendar" for Hearing; "(2) upon request of a party and notice to the other parties", pursuant to the FED.R.Civ.P. **RULE 40(2).**

Statement Of The Case:

1). On March 24, 2006, Plaintiff filed A FEDERAL QUESTION and CIVIL SUIT for DECLARATORY JUDGEMENT with this Honorable Court.

RECEIVED
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At Page -7-, **Item 41**).

"To **define** the meaning and application of the phrase '**any person**' as it is used in the text of Title 21 U.S.C. § 841(a)(1)."

**2).** On June 16, 2006, the Government's lawyer(s) responded with a jurisdictional motion to dismiss.

**3).** On June 20, 2006, the Court Issued an **ORDER** for the Plaintiff to "[r]espond to defendant's motion to dismiss".

**4).** On June 28, 2006, the Plaintiff filed a motion for the Court to dis-regard the Defendant's non-germane motion to dismiss.

**5).** On July 6, 2006, the Defendant's Counsel filed a "REPLY" to the Plaintiff's Rebuttal at **Item 4)**.

**6).** On July 20, 2006, the Plaintiff filed a "side-bar" drawing the Court's attention to the sorry fact, that the Defendant's Counsel displayed absolutely **NO** CONCERN for the constitutional "rights" of '**any person**' "they" intend to arrest, prosecute, and Imprison **TOMORROW!**

**7).** On July 20, 2006, the Court **GRANTED** the Plaintiff's "side-bar observation" . . . "[w]ith interest".

**8).** On August 28, 2006, the Plaintiff filed a Supplement "ESSAY" plagiarizing Professor DAVID E. ENGDAHL'S interpretation of the "necessary and proper clause" as it relates to the case at bar.

**9).** On or about September 15, 2006, the Plaintiff filed a Motion for a STATUS REPORT.

---

## As Cause For This Action:

For nearly **36-years**, the Executive and Judicial Branches of the Government of the United States of America have Orchestrated and had tacit Agreement to Conduct America's "W A R on D R U G S" based on the Doctrine of Implication that Title 21, United States Code, Section **841(a)(1)** provides constitutional jurisdiction for federal police power over **every single person**, Citizen or Foreign National, within the boundries of the United States, it's Territories and/or Possessions!

**ALBEIT . . .**

That after **36-years** of "OPERATIONS" designed to "take-away" the Life, Liberty, and Property of **'any person'** alleged to be "[i]n violation of Title 21, United States Code, Section **841(a)(1)**" **SHOULD** have elicited the Court or defendant's definition of **'any person'** by **return mail**...but instead...the Plaintiff's FEDERAL QUESTION has been languishing before the Judicial and Executive Branches of the Central Government since March 24, 2006, **waiting** for a definition that SHOULD HAVE BEEN CLEARLY DECIDED . . . **36-years ago!**

For **36-years**, over a million men and women, from nearly every Nation on this Planet, have been convicted of a "[v]iolation of Title 21, United States Code, Section **841(a)(1)**" and **denied** their liberty and freedom for a combined...millions of years...their cash and real assets confiscated or stolen, "dead-bodies" on both sides, and ONLY the Judicial and Executive Records will reveal

just HOW MANY YEARS of freedom and how much cash and real property have been "stolen" from 'any person' since the Plaintiff's Action started over **6-years ago** . . . **6 MONTHS** in this Court!

**THEREFORE** . . . presuming that all party(s) involved have a Genuine Interest to Uphold and Defend the Constitution and Preserve the Sanctity of "justice for all" . . .

The Plaintiff, DUANE R. OLSON, Respectfully Request's this Honorable Court, to set a day and time certain, to Hear the Plaintiff's Argument and Presentation that it is literally, physically, legally, and constitutionally . . .

## IMPOSSIBLE

for 'any person' N O T  R E G I S T E R E D by the Attorney General, to be in violation of the Conduct described and defined in the text of Title 21, United States Code, Section **841(a)(1)** . . .

And further . . .

The Plaintiff Promises to demonstrate to this Honorable Court and Counsel for defense, that taken together, § 801., § 802., § 821., § 822., § 841., and § 885, of Title 21, **is restricted to** "Persons registered by the Attorney General" pursuant to § 822(b) and . . . **ALL OTHERS ARE EXEMPT!**

O R . . . in the alternative . . .

For this Honorable Court to ISSUE a TEMPORARY RESTRAINING **ORDER** pursuant to the Fed.R.Civ.P. **RULE 65(b)** for the Executive

-4-

and Judicial Branches of the Government of the United States to "**Cease and Desist**"...TEMPORARILY...from any further arrest(s), prosecution(s), confiscation(s), or punishment Imposed upon '**any person**' **N O T   R E G I S T E R E D** with the Attorney General pursuant to Title 21 U.S.C. § 821 and § 822...**U N T I L**...

This Court determines **EXACTLY**..."with certainty and precision"...the constitutional meaning and constitutional application of Title 21 USC § 841(a)(1) as it relates to '**any person**' or **every single person**, Citizen or Foreign National, within the boundries of the United States, it's Territories and/or Possession(s), alleged to be "[i]n violation of Title 21, United States Code, Section 841(a)(1)".

## CERTIFICATE OF SERVICE

I, DUANE R. OLSON, hereby Swear and Certify, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that a TRUE and CORRECT COPY of the foregoing was maild... FIRST CLASS ...to the following Interested Party(s);

| | |
|---|---|
| THE HONORABLE ALBERTO GONZALEZ | M/S RHONDA C. FIELDS |
| ATTORNEY GENERAL | ASSISTANT U.S. ATTORNEY |
| ROOM 5111 | 555 FOURTH STREET, N.W. |
| MAIN JUSTICE BUILDING | CIVIL DIVISION |
| 950 PENNSYLVANIA AVENUE, N.W. | WASHINGTON, D.C.   20001 |
| WASHINGTON, D.C.   20530 | |

Executed on this _19th_ day of _September_, 20_06_.

Respectfully Submitted,

Plaintiff/Petitioner — _/s/ Duane R. Olson_
Duane R. Olson  (pro-se)
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida   33177

-5-