IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.  20001

DUANE R. OLSON,

      Movant/Plaintiff,

Versus

THE UNITED STATES OF AMERICA,

      Defendant.

     /

CASE NO:  **1:06CV00565**

JUDGE: **JAMES ROBERTSON**

A MOTION TO MOVE THE COURT
TO ACT ON THE PRIOR MOTIONS
PENDING BEFORE THE COURT IN
THE ABOVE STYLED ACTION.

     **COMES NOW**, DUANE R. OLSON, the Movant in the above styled Action, Exercising Caution lest he "provoke" the Institution he seeks to favor this Motion To Move The Court To Act On The Prior Motions Pending Before The Court In The Above Styled Action.

### O N E

A MOTION FOR PERMISSION TO SUBMIT A SUPPLEMENT
Pursuant To F.R.Civ.P. **RULE 15(d)**

**Filed: August 28, 2006**

     In this Motion, the Movant seeks "[P]ermission from this Honorable Court and Counsel for Defense", to Supplement an **ESSAY** authored by the Movant plagiarizing Professor DAVID E. ENGDAHL'S Explanation Concerning the constitutional application of the

**RECEIVED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"necessary and proper clause" as it relates to the FEDERAL QUESTION;
"To **define** the meaning and application of the phrase **'any person'**
as it is used in the text of Title 21 U.S.C. § 841(a)(1)" @ p.-**7-
Item 41).** in Movant's Original Pleading and FEDERAL QUESTION.

It matters not . . . Congressional Intent . . . the facts are
clear . . . a careful reading of the clear, concise, and unambiguous
language of § 841 reveals absolutely **NO** interstate or foreign
Commerce requirement languaged as a **NEXUS** to the Constitution's
"Commerce-Clause", nor, are there any behavioral proscriptions
that in any manner effect commerce, either expressed or implied,
for **'any person' NOT registered** pursuant to the "declaratory-
statute" § 822 which proves "beyond a reasonable doubt", that
the linguistic-experts **knew** they could **not...constitutionally...**
encompass **'any person' NOT registered** within the ambits of § 841
by Exercising the "necessary and proper clause".

The Movant would Respectfully Move The Court To ACT On The
Plaintiff's Motion For Permission To Submit A Supplement filed
with this Court on August 28, 2006.

### TWO

**A PETITION FOR JUDICIAL NOTICE**
Pursuant To Fed.R.E. RULE 201(a)(d)(e)(f)
and
**ASSIGNMENT OF CASE FOR HEARING**
Pursuant To Fed.R.Civ.P. RULE 40(2).

**Filed:** September 22, 2006:

Extraordinary Circumstances require Extraordinary Action and in this Motion, "The Plaintiff, DUANE R. OLSON, Respectfully Request's this Honorable Court, to set a day and time certain, to Hear the Plaintiff's Argument and Presentation * * * that taken together, § 801., § 802., § 821., § 822., § 841., and § 885., of Title 21 **is restricted to** 'Persons registered by the Attorney General' pusuant to § 822(b) and **ALL OTHERS ARE EXEMPT!"**

OR . . . in the alternative . . .

"For this Honorable Court to ISSUE A TEMPORARY RESTRAINING ORDER * * * To **'Cease and Desist'** * * * TEMPORARILY * * * **UNTIL** * * *" this Court answers the Plaintiff's FEDERAL QUESTION!

The Movant assures the Court that he is acutely aware that to irritate or inflame this Court now . . . would be counter-productive . . . **STILL.** . . it cannot be Objectionable under these Extraordinary Circumstances and Extraordinary Times . . . when it is **critical** to this Nation . . . that a **moral force** of criminal law and "bedrock due process principles" **NOT** be diluted by such an **UN**defined and ambiguous term or phrase as **'any person'** go "**UN-answered**" and leave the People to Question whether innocent men and women are being deprived of their life, liberty, or property, based solely on "assumptions" and "presumptions".

The peculiarity of the judicial is; "[t]o say what the law is" and where their duties require it, this is an inescapable obligation of the courts.

-3-

The Plaintiff would Respectfully aver for this Court's Consideration, that the **'answer'** to the FEDERAL QUESTION before the Court is so blatently obvious, that a trial judge, a prosecutor, or defense counsel, would be **derelict in permitting** **'any person'** **N O T registered** by the Attorney General to go to trial **TODAY!**

**WHETHER** the setting be in the intolerable hot-sands of the Middle East, or in the air-conditioned Chambers of the Court House, it still requires COURAGE and BRAVADO to "support and defend the Constitution for the United States" . . .

On the one hand . . .

Should this Court Opine that the **manner** in which America Conducts it's "W A R on D R U G S" is **UN**-constitutional . . . most certainly . . . the 'drug-war' ZEALOTS will scream IMPEACHMENT...

On the other hand . . .

**F R A U D** may consist of both active misrepresentation and passive **S I L E N C E** . . . in which case . . . judicial immunity is at risk . . .

**MOREOVER . . .**

This Court cannot proceed with "business as usual" with **"unclean hands"!**

The FEDERAL QUESTION before this Honorable Court, involves far, far more, than an injury to a single litigant . . . it is a legal and moral **W R O N G** against the very Institutions set-up by the Framer(s) to protect and safeguard the Public Institutions in which **F R A U D** cannot complacently be tolerated!

-4-

Presumedly, the Executive and Judicial Players in the case at bar, Swore an Oath to "[s]upport and defend the Constitution for the United States"...**NOT** to **WIN** America's **"moralistic"** **"WAR on DRUGS"**...<u>**NO MATTER THE COSTS**</u>!

The Movant would Respectfully Move The Court To ACT on the Plaintiff's Request...."[t]o set a day and time certain for a Hearing" filed with this Court on September 22, 2006.

**"A lie cannot live forever!"**
— Dr. Martin Luther King —

Respectfully Submitted,

Movant/Plaintiff

Duane R. Olson (pro-se)
Reg. No: 04931-424
P.O. Box 779800 Unit "C"
Federal Correctional Institution
Miami, Florida 33177

## CERTIFICATE OF SERVICE

**I, DUANE R. OLSON,** hereby Swear and Certify, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that a TRUE and CORRECT COPY of the foregoing was mailed... FIRST CLASS...to the following Interested Party(s);

**THE HONORABLE ALBERTO GONZALEZ**
**ATTORNEY GENERAL**
**ROOM 5111**
**MAIN JUSTICE BUILDING**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530**

**M/S RHONDA C. FIELDS**
**ASSISTANT U.S. ATTORNEY**
**555 FOURTH STREET, N.W.**
**CIVIL DIVISION**
**WASHINGTON, D.C. 20001**

EXECUTED ON THIS_____DAY OF_____20___.

Affiant —
Duane R. Olson (pro-se)