**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DUANE R. OLSON,                    :
                                   :
    Plaintiff,                     :
                                   :
  v.                               :  Civil Action No. 06-0565 (JR)
                                   :
UNITED STATES OF AMERICA,          :
                                   :
    Defendant.                     :

### ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss [3] is **granted**.

It is **SO ORDERED**.


                                                        JAMES ROBERTSON
                                         United States District Judge