IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C.  20001

DUANE R. OLSON,

   Plaintiff,

CASE NUMBER: 1:06CV00565

JUDGE: JAMES ROBERTSON

Versus

THE UNITED STATES OF AMERICA,

   Defendant.
_____/

A MOTION FOR THE COURT'S PERMISSION,
TO SUBMIT AN OPEN LETTER FOR THE RECORD

  COMES NOW, DUANE R. OLSON, (hereafter in first person or Olson) in pro-se and want of Competent Counsel, to File This Motion For The Court's Permission To Submit An Open Letter For The Record.

  On March 24, 2006, Two Hundred Forty One **(241)** days ago, Olson Paid the Filing Fee of Two Hundred Fifty **($250)** dollars, to File A Federal Question Pursuant To Title 28 U.S.C. § 1331, and Civil Suit For Declaratory Judgement, Pursuant to Title 28 U.S.C. § 2201., with this Court; (Original Pleading @ p.-7- **41)**. To **define** the meaning and application of the phrase "**any person**" as it is used in the text of Title 21 U.S.C. § 841(a)(1).

**Failure** to answer is **S I L E N C E !** U.S. v. Tweel; 550 F 2d 297

> **"Silence can only be equated with fraud** where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."

RECEIVED

NOV 22 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AN OPEN LETTER

To The Elected and Appointed Public Officials of the Legislative, Judicial, and Executive Branches of The Government of The United States of America, and . . .

**In Particular . . .**

District Court Judge, THE HONORABLE JAMES ROBERTSON, United States Attorney General, THE HONORABLE ALBERTO GONZALEZ, United States Attorney, KENNETH L. WAINSTEIN, and . . . Assistant United States Attorney, RHONDA C. FIELDS.

**For Over Thirty-Six Years . . .**

The Executive and Judicial Branches of the Government of the United States, have Combined, Conspired, and had tacit agreement to "constructively-amend" and Implement a "truncated-version" of Title 21, United States Code, Section 841 that make it . . .

"[u]nlawful for **any person** * * * to possess, manufacture, distribute, or dispense, a controlled substance" . . .

In order to Orchestrate and Conduct America's "**WAR on DRUGS**" against 'any person' **NOT REGISTERED** by the Attorney General of the United States in **direct** violation of the People's Perpetual Protection(s) languaged in the text of the Constitution for the United States, Guaranteed by the Original Ten Articles of Amendment thereto, and Contrary to the tone and tenor of the Framer's Intent.

The **OFFENSES** described in the text of Section 841(a)(1) and the **PENALTIES** prescribed in Section 841(b) for the **"mens rea"** Conduct defined in Section 841(a)(1) of Title 21, are . . .

-2-

<u>**CONSTITUTIONALLY RESTRICTED**</u> to 'any person' registered by the Attorney General who would "[k]nowingly or intentionally" violate the "[r]ules and regulations" promulgated by the Attorney General and/or Contrary to the "Authorized activities" of their registration . . . <u>**ALL OTHERS ARE EXEMPT**</u>!

A violation of Title 21, United States Code, Section 841(a)(1) <u>**IS NOT AN OFFENSE**</u> against the "[l]aws of the United States" but rather . . .

A violation of Title 21, United States Code, Section 841(a)(1) <u>**IS A MATERIAL BREACH OF CONTRACT**</u> by 'any person' who <u>VOLUNTARILY</u> Applied, Qualified, PAID the Required Fee, and <u>**SIGNED A CONTRACT**</u> with the Attorney General for federal jurisdiction in a "Closed Commercial System" of "regulated Commerce" in 'drugs or other substances".

**In Conclusion . . .**

After **35-years** of arrests and prosecutions to "take-away" the Life, Liberty, and Property, of hundreds of thousands of **"ANY"** Person, Citizen or Foreign National, within the boundries of the United States, it's Territories and Possessions, alleged to be; "[i]n violation of Title 21, United States Code, Section 841(a)(1),

The COMPLETE and UTTER **SILENCE** of the Actors and Players addressed herein regarding Olson's FEDERAL QUESTION is "earth-shattering" and serves to validate; The Most Repugnant **FRAUD** Ever Perpetrated Upon The People Of The United States Of America dwarfing the **IRAQI WAR** in Deception, Duration, Economic Costs, and **INJURY** to "We the People".

IF "WE" Intend to Remain **TRUE** to Our Precious Documents for Self-Governing and Honor the Framer's Intent...the QUESTION now becomes...**WHO**...among those Persons Addressed herein, has the Courage to be Accountable and Stand for "[o]ne nation under God, indivisible, with liberty and justice for all" and **END** this **abominable FRAUD** against "We the People"?

## CERTIFICATE OF SERVICE

I, DUANE R. OLSON, hereby Swear and Certify, under penalty of perjury, pursuant to Title 28 U.S.C. § 1746, that a **TRUE** and **CORRECT** copy of the foregoing **OPEN LETTER** was mailed, First Class, postage pre-paid, to the following Persons of Interest;

THE HONORABLE JAMES ROBERTSON
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.  20001

THE HONORABLE ALBERTO GONZALEZ
UNITED STATES ATTORNEY GENERAL
MAIN JUSTICE BUILDING
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C.  20530

MR. KENNETH L. WAINSTEIN
U.S. ATTORNEY
555 FOURTH STREET, N.W.
WASHINGTON, D.C.  20001

M/S RHONDA C. FIELDS
ASST. U.S. ATTORNEY
555 FOURTH STREET, N.W.
WASHINGTON, D.C.  20001

THE HONORABLE NANCY PELOSI
SPEAKER ELECT
HOUSE OF REPRESENTATIVES
2371 RHOB
WASHINGTON, D.C.  20515
   REGISTERED MAIL
7004 2890 0002 3348 0796

THE HONORABLE JOHN CONYERS
CHAIRMAN ELECT
COMMITTEE OF THE JUDICIARY
HOUSE OF REPRESENTATIVES
2426 RHOB
WASHINGTON, D.C.  20515
   REGISTERED MAIL
7004 2890 0002 3348 1779

Executed on this 20TH day of November, 2006

Respectfully,

Duane R. Olson
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177