IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.  20001

DUANE R. OLSON,
    Plaintiff,

Versus

THE UNITED STATES OF AMERICA,
    Respondent.  /

CASE NUMBER:  1:06CV00565

JUDGE:  JAMES ROBERTSON

**RECEIVED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL NOTICE
of
ADJUDICATIVE FACTS,
Pursuant To Fed.R.Ev. **RULE 201.**

COMES NOW, DUANE R. OLSON to Serve Judicial Notice accom-
panied with the prima facia evidence of **"irregular"** patterns
of "circumstances" surrounding Olson's ISSUE(S) in the District
Court(s) of Miami, and Washington, D.C. . . . suggesting, at least
from all appearance, a conspiracy not seen since Kennedy v. Hoffa
and collusion between the Judicial and the Executive . . .

The Record Indicates . . .

 The District Court in Washington, ISSUED an **ORDER** GRANTING
the Government's "cowardly" Motion to DISMISS on November 21,
2006 . . .

 On December 08, 2006, Seventeen (17) days later, Olson re-
ceived the Court's **"MEMORANDUM"** minus the Court's **ORDER** in an
envelope post-marked December 06, 2006 . . . **fifteen days (15)
after the fact!** (See attached hereto)

Coupled with the **"irregularities"** of Olson's Identical ISSUE now **DISMISSED** from District Court, Miami, the "appearance" of collusion is more . . . much more . . . than circumstantial!

There is probably a 'reasonable' explanation for this **"irregular"** pattern and Olson can hardly wait for a SecDef/Rummy answer, quote; "Who knows?" Sorry . . . my bad . . . **N O** Public Official is required to "answer" or be responsible for h/her actions anymore!

It appears now, at least of the surface, that the Arabic Nations of the World and "We the People" share a common problem;

The "WAR on TERROR" and the "WAR on DRUGS" have effectively **CLOSED** the door of the federal courts and "justice for all!"

Some how or other . . . I felt this Court was different . . . my bad again!

No need for a CERTIFICATE of SERVICE of the Executive . . . "THEY" probably already know.

In Contempt,

Duane R. Olson  (pro-se)
Reg. No: 04931-424
P.O. Box 779800  Unit "C"
Federal Correctional Institution
Miami, Florida  33177

-2-



$ 00.39
0004634648    DEC 06  2006
MAILED FROM ZIP CODE 20001

SUBURBAN MD 208

05 DEC 2006

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

DUANE R. OLSON
R04931-424
MIAMI FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
UNIT C
MIAMI, FL 33177